1  THOMAS P. O'BRIEN
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   GAVIN L. GREENE (SBN 230807)
4  Assistant United States Attorney
      Room 7211 Federal Building
5     300 North Los Angeles Street
      Los Angeles, CA 90012
6  Telephone: (213) 894-4600
   Facsimile: (213) 894-5181
7  Email: Gavin.Greene@usdoj.gov

8  Attorneys for Plaintiff
   United States of America

9

10                        UNITED STATES DISTRICT COURT

11                       CENTRAL DISTRICT OF CALIFORNIA

12                              EASTERN DIVISION

13  UNITED STATES OF AMERICA,              )   Case No. EDCV07-01360 SGL (OPx)
                                           )
14         Plaintiff,                      )   [PROPOSED]
                                           )
15         vs.                             )   JUDGMENT AND ORDER OF SALE
                                           )
16  STEPHEN R. GRAY, et al.,               )   Motion Hearing:
                                           )
17         Defendants.                     )   Date:     April 14, 2008
                                           )   Time:     10:00 a.m.
18                                         )   Address:  3470 12th Street, Ctrm 1
                                           )             Riverside, California
19                                         )

20

21        The Motion for Summary Judgment filed by the United States of America

22  (Plaintiff), came on for hearing before the Court on April 7, 2008.  Based on the

23  papers filed in this case, the arguments advanced at the hearing, and all other

24  matters properly made part of the record,

25  **IT IS ORDERED:**

26  ***Reduce Assessments to Judgment***

27        1.     As of July 15, 2007, the unpaid tax liability of Stephen R. Gray and

28  Jane Gray was $566,659.73, and included both assessed and accrued liabilities

                                           1

1  (federal income taxes, additions to tax, interest, fees and collection costs),for tax
2  years 1991, 1993 through 2001, 2004, and 2005.

3      2.    The taxpayers are jointly and severally, personally liable and
4  indebted to the United States of America for their unpaid tax liability, including
5  subsequent additions to tax and interest as permitted by law, until the liability is
6  paid in full.

7  ***Foreclosure of Federal Tax Liens***

8      3.    The United States of America has a valid federal tax lien, in the
9  amount of the unpaid tax liability, against the property interests of the taxpayers.

10      4.    The taxpayers are owners as husband and wife of the real property
11  located at 6906 Trinity Place, Rancho Cucamonga, California 91701-7598 (the
12  subject property), legally described as Lot 21, Tract No. 11606-3, in the City of
13  Rancho Cucamonga, County of San Bernardino, State of California, as per plat
14  recorded in Book 188 of Maps, pages 1 through 4, inclusive, records of said
15  County.  The Assessor Parcel No. for the subject property is 1076-451-41.

16      5.    The federal tax lien is hereby foreclosed against the taxpayers'
17  interest in the subject property.

18      6.    The subject property is ordered to be sold by the Area Director of the
19  Internal Revenue Service, Los Angeles, California Area (hereinafter "Area
20  Director"), or his delegate, in accordance with the provisions of 28 U.S.C. §§ 2001
21  and 2002.

22      7.    Any party to this proceeding or any person claiming an interest in the
23  subject property may move the Court, pursuant to Title 28, United States Code,
24  Section 2001(b), for an order for a private sale of the subject property.  Any such
25  motion shall be filed within twenty (20) days of the date of this Judgment and
26  shall set forth with particularity (a) the nature of the moving party's interest in
27  the subject property, (b) the reasons why the moving party believes that a private
28  sale would be in the best interests of the United States of America and any other

2

1  claimant involved herein, (c) the names of three proposed appraisers and a short
2  statement of their qualifications, and (d) a proposed form of order stating the
3  terms and conditions of the private sale.  Any such motion shall comply with Rule
4  7 of the Local Rules of the District Court for the Central District of California.

5        8.      The Area Director, or his delegate, is ordered to sell the subject
6  property if it does not become the subject of a motion pursuant to the preceding
7  paragraph, in accordance with 28 U.S.C. §§ 2001(a) and 2002.  The property shall
8  be sold at a public sale to be held at the United States Courthouse, 312 North
9  Spring Street, Los Angeles, California, as follows:

   a. Notice of the sale shall be published once a week for at least four (4)
      weeks prior to the sale in at least one newspaper regularly issued
      and of general circulation in Los Angeles County, California.  Said
      notice shall describe the property by both its street address and its
      legal description, and shall contain the terms and conditions of sale
      as set out herein.

   b. The terms and conditions of sale shall be as follows:

      i.  The Internal Revenue Service shall appraise the current fair
          market value of the subject property (appraised value).

      ii. The minimum bid shall be 75% of the appraised value.

      iii. Wells Fargo Home Mortgage, a division of Wells Fargo Bank,
           NA (the Wells Fargo) may bid a credit against its lien interest in
           the subject property as set forth herein, without tender of
           cash.

      iv. The United States of America may bid a credit against its
          judgment and interest thereon, costs, and expenses, without
          tender of cash, except that if the property is sold to the United
          States of America pursuant to such a credit bid, before taking
          title to the property the United States must satisfy the lien

3

claim of Wells Fargo as set forth herein, by paying the amount of such lien claim to Wells Fargo.

    v. The terms of sale as to all other persons or parties bidding shall be cash. The successful bidder shall be required to deposit with the Area Director cash equal to twenty percent (20%) of the bidder's total bid immediately upon the property being struck off and awarded to such bidder as the highest and best bidder; and the remaining eighty percent (80%) of said purchase price is to be paid on or before 5:00 p.m., within three (3) days of the date of sale.

    vi. Should the successful bidder fail to comply with the terms of the sale, such bidder shall be liable to the United States for twenty percent (20%) of the value of the property as a penalty, and said deposit shall be paid over and delivered to the United States to be applied toward payment of said penalty. Payment of said penalty shall not be a credit on the judgment of the United States.

c. Upon selling the subject real property, the Area Director, or his delegate, shall prepare and file with this Court an accounting and report of sale and shall give to the purchaser a Certificate of Sale containing the description of the property sold and the price paid. The accounting and report of sale shall be filed within ten (10) days from the date of sale. If no objections have been filed in writing in this cause with the Clerk of the Court, within fifteen (15) days of the date of sale, the sale shall be confirmed without necessity of motion, and the Area Director shall be directed by the Clerk of the Court to execute and deliver his deed to said purchaser.

4

d. Possession of the property sold shall be yielded to the purchaser upon the production of the Certificate of Sale and Deed; and if there is a refusal to so yield, a Writ of Assistance may, without further notice, be issued by the Clerk of this Court to compel delivery of the property sold to the purchaser.

e. The Area Director shall apply the proceeds of sale to expenses of sale and then in the following order of priorities:

    i.  First, in satisfaction of any unpaid property taxes owing to the County of Los Angeles as secured against the subject real property on the date of sale;

    ii.  Second, to Wells Fargo, in satisfaction of its secured claim;

    iii.  Third, to the United States of America (Internal Revenue Service) and the State of California (Franchise Tax Board), in partial satisfaction of the outstanding tax liabilities, and distributed based on assessment date as follows:

| Creditor | Claim Type | Assessment Date |
| --- | --- | --- |
| Franchise Tax Board | NSTL 1994 | 4/26/1996 |
| Franchise Tax Board | NSTL 1995 | 5/10/1997 |
| Franchise Tax Board | NSTL 1996 | 11/3/1997 |
| Franchise Tax Board | NSTL 1993 | 11/12/1997 |
| Franchise Tax Board | NSTL 1999 | 8/9/2002 |
| Franchise Tax Board | NSTL 2000 | 5/9/2003 |
| Franchise Tax Board | NSTL 2002 | 4/23/2004 |
| Internal Revenue Service | NFTL 1991 | 7/4/2005 |
| Internal Revenue Service | NFTL 1995 | 7/11/2005 |
| Internal Revenue Service | NFTL 1996-2001 | 7/18/2005 |
| Internal Revenue Service | NFTL 1993 | 8/22/2005 |
| Internal Revenue Service | NFTL 1994 | 8/29/2005 |

| | NSTL Penalty for 1999, | |
|---|---|---|
| Franchise Tax Board | 2000 and 2002 | 2/19/2006 |
| Franchise Tax Board | NSTL 2004 | 7/29/2006 |
| Franchise Tax Board | NSTL 2001 | 8/11/2006 |
| Internal Revenue Service | NFTL 2004 | 12/18/2006 |
| Internal Revenue Service | NFTL 2005 | 12/18/2006 |
| Franchise Tax Board | NSTL 2006 | 5/8/2007 |

    iv.  Fourth, if any surplus remains after making the aforesaid payments, the Area Director, or his delegate, shall so report, and return and pay the same into the registry of this Court for distribution under further order of this Court.

    9.  Court hereby retains jurisdiction of this action for the purpose of making proper distribution of any surplus of the proceeds of sale, pursuant to the Area Director's Accounting and Report of Sale.

**IT IS SO ORDERED.**

DATED: 4-8-08

_____
STEPHEN G. LARSON
United States District Judge

Respectfully presented by:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America

6

# Motions

5:07-cv-01360-SGL-OP United States of America v. Stephen R Gray et al
(OPx), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Greene, Gavin on 3/7/2008 at 1:27 PM PST and filed on 3/7/2008

**Case Name:**       United States of America v. Stephen R Gray et al
**Case Number:**     5:07-cv-1360
**Filer:**           United States of America
**Document Number:** 16

**Docket Text:**
NOTICE OF MOTION AND MOTION for Summary Judgment as to (1) reduce federal income tax assessments to judgment and (2) to foreclose federal tax liens on real property owned by Stephen R. Gray and Jane Gray filed by Plaintiff United States of America.Motion set for hearing on 4/14/2008 at 10:00 AM before Judge Stephen G. Larson. (Attachments: # (1) Proposed Order Statement of Uncontroverted Facts and Conclusions of Law# (2) Proposed Order Judgment and Order of Sale) (Greene, Gavin)

**5:07-cv-1360 Notice has been electronically mailed to:**

Steven M Dailey     steven.dailey@kutakrock.com

Gavin L Greene    USACAC.Civil@usdoj.gov, gavin.greene@usdoj.gov

Kenneth G Marks     ken@kmarkslaw.com

Mark P Richelson    mark.richelson@doj.ca.gov

Paul St John     pstjohn@cc.sbcounty.gov

**5:07-cv-1360 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Ruth E Stringer
San Bernardino County Counsel Office
385 N Arrowhead Ave, 4th Floor
San Bernardino, CA 92415-0140

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\ggreene\1 Open Cases\Gray - Foreclosure\Gray - Motion for Summary

Judgment\ED.CV0701360.20080307.GG.Motion for Summary Judgment.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/7/2008] [FileNumber=5483685-0]
[276bfe62e828430b28339a6f526dc9cd59b05203bca9f95fcc0ce75c4426a203a412d
5d420ae65db7fefae2984659cc423fc19506f37079f4f14118c272b91dd]]
**Document description:**Proposed Order Statement of Uncontroverted Facts and Conclusions of Law
**Original filename:**N:\ggreene\1 Open Cases\Gray - Foreclosure\Gray - Motion for Summary
Judgment\ED.CV0701360.20080307.GG.Statement of Facts.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/7/2008] [FileNumber=5483685-1]
[2d509ed48852a450626f58baaf471ef9d1606d9838e20d8ec185dbd78b62090ff443f
374ec4bc23ffb66731ff7b122e7af986bdec27be6a98f487b9109ce0d76]]
**Document description:**Proposed Order Judgment and Order of Sale
**Original filename:**N:\ggreene\1 Open Cases\Gray - Foreclosure\Gray - Motion for Summary
Judgment\ED.CV0701360.20080307.GG.Judgment and Order of Sale.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/7/2008] [FileNumber=5483685-2]
[0936682e3d37726e517d6167b74b54d000ef4a9d078674c6afd53c8d405543a680034
9b411b743f3bd6a254ca5c257f29b7d069bc583d34287f81a73641e0c74]]